# TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
## ATTORNEYS AT LAW

100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702

TELEPHONE: (516) 240-8900
FACSIMILE: (516) 240-8950

December 11, 2015

Mark S. Gamell
mgamell@tlggr.com

**BY ECF AND E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
500 Pearl Street, Room 725
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:  Civil Action No.: 12-cv-08365 (ALC)
          Bankruptcy Case No. 01-42217 (REG)
          In re: Ames Department Stores, Inc., et al., Debtors
          Ames Department Stores, Inc. v.
          <u>Lumbermens Mutual Casualty Company, in Liquidation</u>

Dear Judge Carter:

    I write to correct an inadvertent error in my letter to your Honor of earlier today requesting a time extension for the filing of objections to the Report And Recommendations of bankruptcy Judge Gerber. Judge Gerber's Report And Recommendations was docketed in the captioned District Court action as ECF #18, not as ECF #15. I apologize for the error and any inconvenience.

                                            Respectfully submitted,

                                            Mark S. Gamell

cc (via ECF and Email):    Bijan Amini, Esq.
                                 Avery Samet, Esq.