# STORCH AMINI & MUNVES PC
A New York Professional Corporation

Avery Samet
Member NY Bar

e-mail:  asamet@samlegal.com
direct:  212.497.8239

February 2, 2016

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

>   Re:   **Ames Dep't Stores, Inc. v. Lumbermens Mut. Casualty Co., (In re Ames Dep't Stores, Inc.), Civ. A. No. 12-8365 (ALC)**

Dear Judge Carter:

On behalf of Ames Department Stores, Inc., we object and seek relief from the 80 page brief filed by the Liquidator for Lumbermens Mutual Casualty Company ("Lumbermens") [Docket No. 29] concerning the Report and Recommendation entered by Judge Gerber.

The brief disregards the Your Honor's rules as well as the Local Rules of the Southern District of New York because it far exceeds the 25-page limit contained in such rules, uses smaller than 12 point type, and smaller than one inch margins. *See* Section 2.B of Your Honor's individual practices (motion briefs limited to 25 pages); Local Rule 7.1(c) (bankruptcy appeals limited to 25 pages); and Local Rule 7.1(d) (all documents require 12-point font and one-inch margins).

Respectfully, an 80 page brief (even longer when considering the smaller font and smaller margins) represents an imposition on both the Court and Ames.  We request that the Court direct Lumbermens to file a conforming 25 page brief in 12-point font promptly.

Respectfully submitted,

*/s/ Avery Samet*

Avery Samet

cc:  Mark Gamell, Esq.
     Bijan Amini, Esq.