UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>AMES DEPARTMENT STORES, INC., *et al.*,<br><br>Debtors. | District Ct. Docket No. 12-cv-8365 (ALC)<br><br>Chapter 11 Case No. 01-42217 (CGM)<br><br>Jointly Administered,<br><br>Substantively Consolidated |
| AMES DEPARTMENT STORES, INC.,<br>Plaintiff,<br><br>- against –<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Defendant. | Adv. Pro. No. 06-1890 (CGM) |

2-3-16

**STIPULATION AND ORDER EXTENDING
<u>PLANTIFF'S TIME TO RESPOND TO OBJECTION</u>**

Plaintiff Ames Department Stores, Inc. and defendant Lumbermens Mutual Casualty Company hereby agree, by and through their undersigned counsel, to the extension through February 26, 2016, of plaintiff's time to file and serve a response to defendant's Objection, filed January 29, 2016 [ECF No. 28, refiled on February 1, 2016 as ECF No. 29], to the Bankruptcy Court's Report And Recommendation issued December 7, 2015 [ECF No. 18].

Dated: February 2, 2016
    New York, New York

TORRE, LENTZ, GAMELL GARRY &
    RITTMASTER, LLP

/s/ Mark S. Gamell
Mark S. Gamell
Robert Beau Leonard
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753
(212) 216-8000

*Attorneys for Defendant*

So ordered this February __, 2016.

STORCH AMINI & MUNVES PC

/s/ Avery Samet
Bijan Amini
Avery Samet
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiff*

_____
Hon. Andrew L. Carter    2-2-16