# STORCH AMINI & MUNVES PC
A New York Professional Corporation

**Bijan Amini**
Member NY & DC Bars

e-mail: amini@samlegal.com
direct: 212.497.8217

May 4, 2016

**VIA ECF AND HAND DELIVERY**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    **Ames Dep't Stores, Inc. v. Lumbermens Mut. Casualty Co.,
(In re Ames Dep't Stores, Inc.), Civ. A. No. 12-8365 (ALC)**

Dear Judge Carter:

      On behalf of Ames Department Stores, Inc. ("Ames"), the plaintiff in this action, we write to respond briefly to the letter filed by defendant Lumbermens Mutual Casualty Co. ("Lumbermens") on April 29, 2016 [Dkt. No. 43]. Without commenting on the arguments contained within that letter, with which we disagree, Ames notes that both parties have agreed to a settlement conference before the Magistrate Judge assigned to this matter, and we request that Your Honor enter a corresponding order.

      Respectfully submitted,

*Bijan Amini SM*

Bijan Amini

cc:    Mark S. Gamell, Esq. (all via ECF)
       Avery Samet, Esq.

2 Grand Central Tower • 140 East 45th Street • 25th Floor • New York • NY 10017
main: 212.490.4100 • fax: 212.490.4208 • www.samlegal.com